Nathan S. Graham
Robert A. Higgins & Associates, P.C.
112 Goliad St.
Benbrook, TX 76126
817-924-9000 Phone
817-924-6644 Fax

ATTORNEY FOR DEBTOR

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 08-40283-RFN-13** |
| **CHRISTINE LEIGH COMSTOCK,** | § | |
| | § | |
| DEBTOR | § | **CHAPTER 13** |

| | | |
|---|---|---|
| **U.S. BANK, N.A., ITS ASSIGNS** | § | |
| **AND/OR SUCCESSORS IN** | § | |
| **INTEREST,** | § | |
| | § | **Hearing date: May 26, 2010** |
| MOVANT, | § | **Hearing time: 9:30 a.m.** |
| | § | |
| VS. | § | |
| | § | |
| **CHRISTINE LEIGH COMSTOCK,** | § | |
| | § | |
| RESPONDENT. | § | |

### RESPONDENTS' ANSWER TO MOVANT'S
### MOTION FOR RELIEF FROM STAY

TO THE HONORABLE JUDGE OF THIS COURT:

COMES NOW Christine Leigh Comstock, Respondent in the above-styled and numbered

cause, and in response to the Motion for Relief from Stay of U.S. Bank, N.A., its assigns and/or

successors in interest ("Movant"), in regard to the collateral referenced in Movant's motion,

Respondent would respectfully show:

**RESPONDENT'S ANSWER TO MOVANT'S MOTION FOR RELIEF FROM STAY - Page 1 of 3**

1.    The allegations of Movant contained in paragraphs 1 and 2 of the motion are admitted.

2.    The allegations of Movant contained in paragraphs 7, 8, 9, 10, and 11 of the motion are denied.  Respondent would show that she can provide Movant with adequate protection by making the payments, and curing any delinquency that may be owed to Movant by way of an agreement.

3.    The allegations of Movant contained in paragraphs 3, 4, 5, and 6 of the motion may not be admitted or denied as Respondent is without sufficient knowledge or information to form a belief as to the truth and therefore make a qualified denial.

WHEREFORE, PREMISES CONSIDERED, Respondent respectfully prays that Movant's Motion For Relief From Automatic Stay be denied and for such other and further relief as the Court may deem just and appropriate.

Dated:  May 20, 2010.

Respectfully submitted,

By: /s/ Nathan S. Graham
Nathan S. Graham
State Bar No. 24065317
Robert A. Higgins & Associates, P.C.
112 Goliad St.
Benbrook, TX 76126
817-924-9000 Phone
817-924-6644 Fax

ATTORNEY FOR RESPONDENT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 20, 2010, a true and correct copy of the foregoing Response to Motion For Relief From Stay was served on the following parties in interest by first class mail or electronic notice:

**CHAPTER 13 TRUSTEE:**
Tim Truman
6851 N.E. Loop 820, Suite 300
Fort Worth, TX 76180

**U.S. TRUSTEE:**
U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242

**DEBTOR:**
Christie Leigh Comstock
1319 Vinewood Dr.
Mansfield, TX 76063

**COUNSEL FOR MOVANT:**
Cheri Abbage
Barrett Daffin Frappier Turner & Engel, LLP
1900 St. James Place Suite 500
Houston, TX 77056

By: /s/ Nathan S. Graham
Nathan S. Graham